UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,

    Plaintiff,

v.                        CASE NO. 2:20-cv-00911-JES-MRM

LELY DEVELOPMENT CORPORATION,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, by and through their respective undersigned counsel, hereby jointly give notice that they have reached a settlement in principle of this action. The parties respectfully request thirty (30) days to file appropriate settlement and dismissal documents.

Dated:  January 12, 2021            Respectfully submitted,

| | |
|---|---|
| *s/ Drew M. Levitt* | *s/ Adam S. Chotiner*[1] |
| Drew M. Levitt, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: drewmlevitt@gmail.com | E-Mail: achotiner@sbwh.law |
| FL Bar No. 782246 | FL Bar No. 0146315 |
| 4700 NW Boca Raton Blvd., Suite 302 | Shapiro, Blasi, Wasserman |
| Boca Raton, FL  33431 |  & Hermann, P.A. |
| Tel:   (561) 994-6922 | 7777 Glades Road, Suite 400 |
| Fax:  (561) 994-0837 | Boca Raton, FL 33434 |
| Counsel for Plaintiff | Tel:  (561) 477-7800 |
| | Fax: (561) 477-7752 |
| | Counsel for Defendant |

---

[1] Drew M. Levitt has provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that January 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*David Poschmann v. Lely Development Corporation*
Case No. 2:20-cv-00911-JES-MRM
United States District Court, Middle District of Florida

| | |
|---|---|
| Drew M. Levitt, Esq.<br>E-Mail: drewmlevitt@gmail.com<br>Lee D. Sarkin, Esq.<br>E-Mail: lsarkin@aol.com<br>4700 NW Boca Raton Blvd.<br>Suite 302<br>Boca Raton, FL  33431<br>Tel:   (561) 994-6922<br>Fax:  (561) 994-0837<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:    (561) 477-7800<br>Fax:   (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |