```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

DAVID POSCHMANN,

      Plaintiff,

v.     Case No:  2:20-cv-911-FtM-29MRM

LELY DEVELOPMENT CORPORATION,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action With Prejudice (Doc. #12) filed on January 21, 2021. The parties have reached a settlement as to the alleged violations of Title III of the Americans with Disabilities Act regarding the property known as GreenLinks Golf Villas at Lely Resort in Naples, Florida. The parties entered into the attached Consent Decree (Doc. #12-1) to improve access at the website for persons with disabilities on the condition that the Court retain jurisdiction over its enforcement. The parties have otherwise agreed to bear their own fees and costs.

The Consent Decree provides for certain improvements to be made within the first 6 months of an Order approving the Consent Decree, and for defendant to improve accessibility within five years from the date of such an Order with a 6 month window to cure

any alleged non-compliance. The Court will grant the motion to the extent that the Court will retain jurisdiction over the enforcement of the terms of the Consent Decree for approximately 5 and a half years from today's date, and otherwise dismiss the case.

Accordingly, it is hereby

**ORDERED:**

1. The Parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action With Prejudice (Doc. #12) is **GRANTED** and the Court will retain jurisdiction over enforcement of the parties' Consent Decree **through and including Thursday, July 30, 2026**.

2. The Clerk shall enter judgment dismissing the case with prejudice, subject to the terms of the Consent Decree (Doc. #12-1), which shall also be attached to the judgment as an exhibit.

3. The Clerk is further directed to terminate any remaining motions and deadlines, and to close the file.

**DONE and ORDERED** at Fort Myers, Florida, this \_\_\_\_\_ day of January, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record